IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOEL M. CAHN, BETH BINDER, and BRUCE GOODMAN, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Case No. 14 CV 3550 |
| MARC MILLER, ARIAN R. JUHL, DANIEL INJERD, JAMES CASEY, LISA BONNETT, ALAN KELLER, SCOTT MEYER, LIZA MCELROY, STEVEN L. STOCKTON, THOMAS P. BOSTICK, and FREDERIC A. DRUMMOND | ) ) ) ) ) ) | Judge Sharon Johnson Coleman |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See attached Service List.

PLEASE TAKE NOTICE that on Friday, June 27, 2014, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before Judge Sharon Johnson Coleman, or any judge sitting in her stead, in Courtroom 1425 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall present DEFENDANTS' LISA BONNETT AND ALAN KELLER MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF, a true and correct copy of which is attached and hereby served upon you.

Respectfully submitted,

By:   /s/ Jennifer A. Van Wie
JENNIFER A. VAN WIE
Assistant Attorney General
Environmental Bureau
Office of the Illinois Attorney General
69 W. Washington Street, Suite 1800
Chicago, Illinois  60602
(312) 814-0609
jvanwie@atg.state.il.us

Date:   June 4, 2014

1

# SERVICE LIST

<u>Plaintiffs</u>
Joshua B. Adams, 53 West Jackson Street, Suite 1651, Chicago, IL 60604

Beth Binder, 21 Lakewood Place, Highland Park, Illinois 60035

<u>Defendants</u>
Sarah J. North, United States Attorney's Office (NDIL), 219 South Dearborn Street, Suite 500, Chicago, Illinois 60604

Brent O. Denzin, Ellen Kornichuk Emery, and Derke Jeffrey Price, Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C., 140 South Dearborn, Suite 600, Chicago, Illinois 60603

Thor Inouye, Illinois Attorney General's Office, 100 W. Randolph Street, Chicago, Illinois 60601

**CERTIFICATE OF SERVICE**

I, JENNIFER A. VAN WIE, an Assistant Attorney General, certify that in accordance with Federal Rule of Civil Procedure 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the foregoing Notice of Motion and Defendants' Motion to Dismiss on behalf of Lisa Bonnett and Alan Keller and Incorporated Memorandum of Law in Support Thereof were served pursuant to the District Court's ECF system as to ECF filers and by First Class U.S. mail on June 4, 2014.

/s/ Jennifer A. Van Wie
Jennifer A. Van Wie
Assistant Attorney General
Environmental Bureau
Office of the Illinois Attorney General
69 W. Washington Street, Suite 1800
Chicago, Illinois 60602
(312) 814-0609
jvanwie@atg.state.il.us